IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-CV-02235-REB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$5,772.00 IN UNITED STATES CURRENCY,
$24,892.00 IN UNITED STATES CURRENCY, AND
1998 LEXUS VIN JT8BF28G2W5051580,

       Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

**Blackburn, J.**

The matter comes before the Court on the United States' **Unopposed Motion for Final Order of Forfeiture** [#16], filed March 30, 2009, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Melvin Raichart have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

THAT the United States and claimant have reached a settlement resolving all

issues in this civil forfeiture matter. The terms agreed to by the parties are, *inter alia*, as follows:

    a.  Defendant $5,772.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

    b.  $17,592.00 of defendant $24,892.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

    c.  The United States shall return the remaining $7,300.00 of defendant $24,892.00 in United States Currency to claimant Melvin Raichart.

    d. Defendant 1998 Lexus VIN JT8BF28G2W5051580 shall be forfeited to the United States and disposed of in accordance with law.

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

1.  That the **Unopposed Motion For Final Order of Forfeiture** [#16], filed March 30, 2009, is **GRANTED**;

2. That forfeiture of defendant property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3.  That the Clerk of Court is directed to enter Judgment; and

4. That Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

Dated April 1, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge